783 A.2d 763

Narva L. HARRIS, Appellant,

v.

COMMONWEALTH of Pennsylvania, Kutztown University of Pennsylvania, State System of Higher Education Council 13, American Federation of State, County and Municipal Employees, AFL–CIO, Appellees.

No. 101 MAP 2001.

Supreme Court of Pennsylvania.

Sept. 27, 2001.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of September, 2001, probable jurisdiction is noted and the order appealed is affirmed.